**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2201

GARRY SANDERS,

Plaintiff - Appellant,

v.

JOHN ELUWA; WAKE COUNTY PUBLIC DEFENDER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:14-cv-00498-H)

Submitted:  June 8, 2021                                       Decided:  July 7, 2021

Before GREGORY, Chief Judge, DIAZ, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Garry Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garry Sanders seeks to appeal the district court's order denying his motion to reopen his closed civil case as a hate crime. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on September 18, 2020. Sanders filed the notice of appeal on October 26, 2020. Because Sanders failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*